IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

ALBERTO GONZALES, The U.S. Attorney,
HARLEY LAPPIN, Director of B.O.P.,
RON WILEY, ADX Warden, and
JOHN DOE, Unknown FBI Agent,

Defendants.
_____

**ORDER**
_____

This matter is before me on plaintiff Khalfan Khamis Mohammed's letter [Doc. #31] (the "Application"), wherein he requests that the defendants provide him with copies of cases cited in their motion to dismiss. The Application is addressed to me, although the plaintiff certifies that he has served a copy of it on defendants' counsel.

"A request for a court order must be made by motion. . . . The rules governing captions and other matters of form in pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b). In addition, local rule of practice 10.1, D.C.COLO.LCivR, specifies the format required of papers presented for filing in this court.

The plaintiff's application is in the form of a letter, not in the form of a motion, and it does not comply with the requirements of D.C.COLO.LCivR 10.1. Consequently,

IT IS ORDERED that the Motion is STRICKEN.

Dated July 14, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge