IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

MICHAEL MUKASEY, The U.S. Attorney,
HARLEY LAPPIN, Director of B.O.P.,
RON WILEY, ADX Warden, and
JOHN DOE, Unknown FBI Agent,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss** [Doc. #56, filed 9/15/08] (the "Motion"). The Motion is DENIED.

The plaintiff is currently incarcerated by the United States Bureau of Prisons ("BOP") at the Administrative Maximum Facility in Florence, Colorado. The defendants assert that the plaintiff has submitted discovery requests for documents which "contain information that could impact national security; documents that are law enforcement sensitive; and documents that relate to BOP operations and institutional security." In addition, the defendants assert that the plaintiff is seeking "letters and publications addressed to Plaintiff that were not provided to him, including those letters and publications which were rejected pursuant to" the Special Administrative Measures ("SAMS") imposed on the plaintiff by the BOP. The defendants seek a stay of discovery pending a ruling on their motion to dismiss.

The defendants do not provide a copy of the plaintiff's discovery requests; they do not specifically describe any of the requests; and they do not explain their concerns as to each discovery request. Therefore, it is impossible to determine if the plaintiff's discovery requests are inappropriate. Moreover, it appears from the defendants' Motion that the appropriate relief would be in the form of a protective order, not a stay of discovery. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated September 18, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge