IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

MICHAEL MUKASEY, The U.S. Attorney,
HARLEY LAPPIN, Director of B.O.P.,
RON WILEY, ADX Warden, and
JOHN DOE, Unknown FBI Agent,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** [Doc. #51, filed 9/11/08] (the "Motion"). The Motion is DENIED AS MOOT.

The plaintiff seeks leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. However, the plaintiff was granted leave to proceed under section 1915 on December 27, 2007 [Doc. #2]. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated September 22, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge