IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

MICHAEL MUKASEY, The U.S. Attorney,
HARLEY LAPPIN, Director of B.O.P.,
RON WILEY, ADX Warden, and
JOHN DOE, Unknown FBI Agent,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Defendants' Motion for Entry of Protective Order** [Doc. # 64, filed 10/3/2008] (the "Motion for Protective Order");

(2) **Plaintiff's Motion to Compel** [Doc. # 70, filed 12/29/2008] (the "Motion to Compel"); and

(3) **Defendants' Motion for Extension of Discovery and Dispositive Motion Deadlines** [Doc. # 75, filed 1/20/2009] (the "Motion to Extend Deadlines").

I held a hearing on the motions yesterday and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion for Protective Order is DENIED. The defendants shall submit on or before **January 30, 2009**, a revised proposed protective order consistent with our discussion yesterday on the record.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED without prejudice and may be renewed, if necessary, after the defendants make their discovery responses on February 20, 2009.

IT IS FURTHER ORDERED that the Defendants shall respond to the plaintiff's discovery requests and produce all non-privileged responsive documents on or before **February 20, 2009**.

IT IS FURTHER ORDERED that the Motion to Extend Deadlines is GRANTED. The discovery cut-off is extended to and including **March 21, 2009**, and the dispositive motions deadline is extended to and including **April 30, 2009**.

Dated January 22, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge