IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

MICHAEL MUKASEY, The U.S. Attorney Gen.,
HARLEY LAPPIN, Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
RONALD WILEY, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION, "FBI",

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for Interprettor** [sic] **During Defendants' Deposition** [Doc. #110, filed 3/13/2009] (the "Motion"). The plaintiff requests that a Swahili interpreter be provided during his deposition on March 18, 2009. He claims that he has difficulty with the English language.

The record reflects that the plaintiff speaks English with sufficient fluency to understand questions asked during a deposition and to answer those questions. See Docs. 84, 101-2, 107, and 112. I find that the Motion is frivolous and constitutes an abusive litigation tactic. I caution the plaintiff that continued abusive tactics may result in the imposition of sanctions, including dismissal of his case.

IT IS ORDERED that the Motion is DENIED.

Dated March 17, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge