IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

MICHAEL MUKASEY, The U.S. Attorney Gen.,
HARLEY LAPPIN, Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
RONALD WILEY, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION, "FBI",

Defendants.
_____

# ORDER
_____

This matter is before me on the following motions (the "Motions") filed by the plaintiff on March 10, 2009:

1. **Motion for Plaintiff's First Amended Complaint** [Doc. #101];

2. **Plaintiff's Motion for Service of Summons and Complaint by United States Marshal** [Doc. #103].

On March 2, 2009, the plaintiff was granted leave [Doc. #92] to file an Amended Complaint [Doc. #95]. The plaintiff seeks leave to file another amended complaint, but his proposed amended complaint is identical to the Amended Complaint.

The plaintiff also requests that the Amended Complaint be served on defendant Watts. Defendant Watts has filed an answer to the Amended Complaint [Doc. #109]. Accordingly,

IT IS ORDERED that the Motions are DENIED.

IT IS FURTHER ORDERED that the plaintiff shall cease filing redundant papers.

Dated April 3, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge