IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

MICHAEL MUKASEY, The U.S. Attorney Gen.,
HARLEY LAPPIN, Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
RONALD WILEY, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION, "FBI",

Defendants.
_____

**ORDER**
_____

This matter is arises in connection with the following motions filed by the plaintiff on March 24, 2009:

1. **Plaintiff's Motion to Seal Documents Filed in his "Plaintiff's Motion to Compel Discovery"** [Doc. #117]; and

2. **Plaintiff's Motion to Compel Discovery** [Doc. #118].

The plaintiff's motion to compel consists of 128 hand-written pages with an additional 264 pages of attached exhibits. The motion challenges virtually every discovery response made by the defendants throughout the discovery period in this case. Although the plaintiff admits that the defendants have provided him with over 6,000 pages of documents, the motion to compel is filled with conclusory allegations that the defendants are wrongfully withholding information. The motion to compel is largely frivolous. The defendants have submitted a detailed and

thorough response to the motion [Doc. #135].  The motion to compel is DENIED for the reasons stated in the defendants' response.

The plaintiff requests that the court seal the motion to compel and its exhibits because it references documents and contains documents covered by the Protective Order entered February 2, 2009 [Doc. #83].  The defendants do not oppose the motion to seal.  Accordingly,

IT IS ORDERED that Plaintiff's Motion to Compel Discovery is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Seal Documents Filed in his "Plaintiff's Motion to Compel Discovery" is GRANTED.

Dated April 23, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge