IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-02697-MSK-BNB | Date: August 13, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| KHALFAN KHAMIS MOHAMMED, | Pro se by telephone |
| Plaintiff(s), | |
| v. | |
| ALBERTO GONZALES, "The U.S. Attorney," | Susan Prose |
| HARLEY LAPIN, "Director of BOP," | |
| RON WILEY, "ADX Warden," | |
| JOHN DOE, "Unknow [sic] FBI Agents," | |
| Defendants(s). | |

# COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    2:29 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's motion in requesting extention(sic) of time and permition(sic) to allow him to re submit un responded discovery requests to defendants [filed July 9, 2009, Doc 155] is denied as stated on the record.

**ORDERED:** Plaintiff's motion for copy of deposition taken from him by the defendants[ filed July 15, 2009; Doc 158] is denied as stated on the record.

Court in Recess    2:44 p.m.    Hearing concluded.    Total time in court:    00:15

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.