IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

MICHAEL MUKASEY, The U.S. Attorney Gen.,
HARLEY LAPPIN, Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
RONALD WILEY, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION, "FBI",

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to Reply to Defendants' Response to Plaintiff's Motion Regarding Declarations** [docket no. 189, filed 12/11/09] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The plaintiff shall reply on or before January 5, 2010. Reply shall be limited to no more than 3 pages.

IT IS FURTHER ORDERED that a copy of this order is to be mailed to the following:

CASE MANAGER FOR
KHALFAN KHAMIS MOHAMMED #44623-054
FLORENCE ADMAX
U.S. PENITENTIARY
P. O. BOX 8500
FLORENCE, CO 81226

DATED:  December 15, 2009