IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

ERIC HOLDER, the U.S. Attorney General,
HARLEY LAPPIN, Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
RONALD WILEY, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION, "FBI",

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion for Requesting the Court's Permission for Him to Obtain Declarations from His Non-Immediate Family Individuals In Support of His Claims** [Doc. # 184, filed 11/5/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record. In particular, the defendants do not oppose the Motion insofar as the plaintiff seeks leave to send four draft declarations (with brief instructions) to four individuals. Consistent with my oral rulings at the hearing:

IT IS ORDERED that the Motion is GRANTED IN PART as follows:

The plaintiff may send the four draft declarations (and brief instructions) which are attached to the Motion to the following individuals:

(1)   Exhibit 21-B may be sent to Shima Dalvie;

(2)   Exhibit 22-A may be sent to Abdul-Waahid-A-Saalim;

  (3) Exhibit 22-B may be sent to Seif Hilaal Mohammed; and

  (4) Exhibit 22-C may be sent to Sumaiyyah Mohammed Khamis Mohammed.

 IT IS FURTHER ORDERED that the remainder of the Motion is taken under advisement.

 Dated January 5, 2010.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge