IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-02697–MSK-BNB | Date: January 5, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| KHALFAN KHAMIS MOHAMMED, | Pro se by telephone |
| Plaintiff(s), | |
| v. | |
| ALBERTO GONZALES, "The U.S. Attorney," | Susan Prose |
| HARLEY LAPIN, "Director of BOP," | |
| RON WILEY, "ADX Warden," | |
| JOHN DOE, "Unknow [sic] FBI Agents," | |
| Defendant(s). | |

## COURTROOM MINUTES

EVIDENTIARY HEARING

Court in Session:    3:26 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Ms. Prose calls Donald Shannon.

Donald Shannon sworn.

The Court questions Mr. Shannon.

**ORDERED: Plaintiff's motion for requesting the court's permission for him to obtain declarations from his non-immediate family individuals in support of his claims [Doc.# 184; filed November 5, 2009] is granted in part and the remainder of the motion is taken under advisement as stated on the record.**

Court in Recess    4:23 p.m.    Hearing concluded.    Total time in court:    00:57

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.