**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Deborah Hansen | Date: February 10, 2012 |
| Court Reporter:   Paul Zuckerman | |

Criminal Action No.   07-cv-02697-MSK-BNB

| *Parties*: | *Counsel*: |
|---|---|
| KHALFAN KHAMIS MOHAMMED, | Paul Wolf |
| | (by telephone) |
| Plaintiff, | |
| v. | |
| ERIC HOLDER, U.S. Attorney General, | Susan Prose |
| HARLEY LAPPIN, Director of Federal | |
| Bureau of Prisons, | |
| R. WILEY, ADX, Warden, | |
| HARRELL WATTS, Administrator of | |
| National Inmate Appeals, and | |
| FEDERAL BUREAU OF | |
| INVESTIGATION, | |
| Defendants. | |

## COURTROOM MINUTES

Law and Motion Hearing

10:20 a.m.   Court in session.

Appearances

Court's comments

Ms. Prose's comments

Mr. Wolf's comments

The Court's colloquy with Ms. Prose

**ORDER:**     The final pretrial conference set at 9:00 a.m. on February 22, 2012 is **VACATED.**

**ORDER:**     The Government Defendants' Motion for a Three-Month Stay [ECF No. 245] is **DENIED.**

**ORDER:**     One week from today's date the Government shall advise Mr. Wolf:
1) whether he is going to be able to communicate with Mr. Mohammed;
2) whether there are any limitations on those communications; and
3) whether those communications, if allowed, will be confidential or monitored.

Mr. Wolf will have seven days in which to file appropriate motions, if any.

Court's comments

If no motions are filed, then the Court will set this matter down again for a final pretrial conference.

10:38 a.m.     Court in recess

Total Time: 18 minutes
Hearing concluded