IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 07-cv-2697-MSK-BNB | Date: July 27, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KHALFAN KHAMIS MOHAMMED<br>**Plaintiff(s)** | *Paul D. Wolf via telephone* |
| v. | |
| HARLEY LAPPIN, Director of BOP<br>HARRELL WATTS, Administer of National Inmate Appeals<br>RONALD WILEY, ADX Warden<br>FEDERAL BUREAU OF INVESTIGATION<br>ERIC HOLDER, US Attorney General<br>**Defendant(s)** | *Susan B. Prose* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 3:30 p.m.

Appearance of counsel.

Argument presented on [258] Joint Motion to Reopen Discovery and to Set a Scheduling Conference. The Motion [258] is GRANTED. The Court sets the following deadlines:

Rule 26(a)(2) disclosures to be submitted on or before: August 20, 2012.

Each separately represented or pro se party is allowed:
5 depositions not including experts.
10 interrogatories.
10 requests for production of documents.
10 requests for admissions.

Discovery cut-off is: January 11, 2013.

The dispositive motion deadline is:  February 11, 2013.

Parties shall designate experts no later than:  November 1, 2012.

Parties shall designate all rebuttal experts no later than:  December 3, 2012.

All written discovery shall be served such that responses are due by the discovery cut off.

**TRIAL**: The Honorable Marcia S. Krieger will set Trial, Trial Preparation Conference and Final Pretrial Conference dates by minute order after dispositive motions are determined. If no dispositive motions are filed, the parties shall contact Judge Krieger's chambers no later than 10 days of the dispositive motions deadline to obtain trial dates. Failure to do so may result in the case being dismissed.

Court in Recess: 3:42 p.m.     Hearing concluded.     Total time in Court: 00:12

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119