IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

ERIC HOLDER, the U.S. Attorney General,
HARLEY LAPPIN, Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
RONALD WILEY, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION, "FBI",

Defendants.
_____

**ORDER**
_____

This matter arises on the parties' **Joint Motion to Reopen Discovery and to Set a Scheduling Conference** [Doc. # 258, filed 7/11/2012] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)    The Motion [Doc. # 258] is GRANTED.

(2)    The following discovery limitations and pretrial schedule are established:

The parties shall complete their Rule 26(a)(1) disclosures on or before August 20, 2013.

Discovery Cut-Off:             January 11, 2013

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Discovery is limited as follows:    Five depositions per side, plus the

               deposition of any specially retained experts designated pursuant to this Order.

               Ten interrogatories per side; ten requests for production of documents per side; and ten requests for admissions per side, all including discrete subparts

Expert Disclosures:  Each side may designate no more than three specially retained experts.

(a)  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 1, 2013

(b)  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 3, 2013

Dispositive Motions Deadline:  February 11, 2013

Final Pretrial Conference: A final pretrial conference will be set by the district judge after dispositive motions are determined.  If no dispositive motions are filed, the parties are directed to contact the chambers of the district judge within ten days of the dispositive motion deadline to request that a final pretrial conference be set.  Failure to contact the chambers of the district judge within the time allowed to request a final pretrial conference may result in the case being dismissed for failure to prosecute.

Dated July 27, 2012.

               BY THE COURT:

                s/ Boyd N. Boland
               United States Magistrate Judge