IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 07-cv-02697-MSK-BNB | Date: December 18, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KHALFAN KHAMIS MOHAMMED<br>**Plaintiff(s)** | *Paul D. Wolf* |
| v. | |
| HARLEY LAPPIN, Director of BOP<br>HARRELL WATTS, Administer of National Inmate Appeals<br>RONALD WILEY, ADX Warden<br>FEDERAL BUREAU OF INVESTIGATION<br>ERIC HOLDER, US Attorney General<br>**Defendant(s)** | *Susan B. Prose* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:29 p.m.

Appearance of counsel.

Argument presented on [275] Motion for Leave to File Amended Class Action Complaint and [279] Joint MOTION to Stay Discovery.

**ORDERED:** **[275] Motion for Leave to File Amended Class Action Complaint is taken under advisement, written order or recommendation to issue.**

**[279] Joint MOTION to Stay Discovery is GRANTED.**

**Parties shall file a status report within 14 days of ruling on [267] Motion in Limine.**

Court in Recess: 2:28 p.m.    Hearing concluded.    Total time in Court: 00:59

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119