IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

ERIC HOLDER, the U.S. Attorney General,
CHARLES E. SAMUELS, JR., Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
DAVID BERKEBILE, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Motion for Leave to File Amended Class Action Complaint** [Doc. # 275, filed 11/19/2012] (the "Motion to Amend"); and

(2) **Joint Motion for Stay of Discovery** [Doc. # 279, filed 12/4/2012] (the "Motion to Stay").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 275] is taken under advisement; and

(2) The Motion to Stay [Doc. # 279] is GRANTED. Discovery is STAYED pending further order of the court. The parties shall file a status report within 14 days of any ruling on

Plaintiff's Motion In Limine [Doc. # 267] notifying me of the ruling, discussing its impact on the case, and addressing any additional pretrial proceedings the parties believe are necessary.

Dated December 18, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge