IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

ERIC HOLDER, The U.S. Attorney Gen.,
HARLEY LAPPIN, Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
RONALD WILEY, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION, "FBI",

Defendants.

---

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    The **Unopposed Motion to Clarify Order Staying Discovery** [Doc. # 284, filed 2/5/2013] is GRANTED; and

    (2)    The Order [Doc. # 283] is clarified to provide that the dispositive motion deadline of February 11, 2013, is VACATED pending further order of the court.

DATED: February 14, 2013