IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

ERIC HOLDER, the U.S. Attorney General,
CHARLES E. SAMUELS, JR., Director of BOP,
HARRELL WATTS, Administr. Of National Inmate Appeals,
DAVID BERKEBILE, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Unopposed Motion for a 45-Day Extension of Time to Respond to Plaintiff's Written Discovery Requests** [Doc. # 299, filed 10/16/2013] (the "Motion to Extend"); and

(2)     **Renewed Joint Motion for an Order Setting a Scheduling Conference** [Doc. # 300, filed 10/16/2013] (the "Renewed Motion").

Good cause having been shown, including particularly the stay of discovery previously entered, Order [Doc. # 283],

IT IS ORDERED:

(1)     The Motion to Extend [Doc. # 299] is GRANTED. The defendants may have to and including December 5, 2013, to respond to the plaintiff's written discovery requests, including the amended requests for production of documents referred to in paragraph 3 of the

Motion to Extend; and

   (2)  The Renewed Motion [Doc. # 300] is GRANTED.  A scheduling conference is set for **October 23, 2013, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  In addressing the remaining discovery required and its scheduling, the parties shall heed the district judge's directive that "the Court intends that all remaining pretrial proceedings in this case will be expedited to the maximum extent possible, such that the case will proceed to trial at the earliest possible date," Memorandum [Doc. # 301, filed 10/17/2013, and will be held to their representation that any remaining pretrial proceedings "will not interfere with the Final Pretrial Conference," Renewed Motion [Doc. # 300] at ¶3, set for January 7, 2014.

  Dated October 18, 2013.

               BY THE COURT:

                s/ Boyd N. Boland
               United States Magistrate Judge