IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:    07-cv-02697-MSK-BNB | Date: November 15, 2013 |
| Courtroom Deputy: Sabrina Grimm | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KHALFAN KHAMIS MOHAMMED,<br><br>    **Plaintiff,**<br><br>v.<br><br>HARLEY LAPPIN, Director of BOP<br>HARRELL WATTS, Administer of National Inmate Appeals<br>RONALD WILEY, ADX Warden<br>FEDERAL BUREAU OF INVESTIGATION<br>ERIC HOLDER, US Attorney General,<br><br>    **Defendants.** | Paul D. Wolf via telephone<br><br><br><br><br>Susan B. Prose |

**COURTROOM MINUTES**

**MOTION HEARING**

**9:59 a.m.**     **Court in session**

Court calls case.  Appearances of counsel.

Discussion regarding affirmation form, scheduling pertaining to pretrial matters, and supplemental deposition of plaintiff.

10:00 a.m.    Argument by Mr. Wolf.
10:10 a.m.    Argument by Mr. Prose.
10:15 a.m.    Rebuttal argument by Mr. Wolf.

**ORDERED:**   Plaintiff's Motion for Protective Order under Rule 26(c), or in the Alternative, to Quash Subpoena under Rule 45(c)(3)(a) [307] is DENIED, for reasons stated on record.  On or before November 22, 2013, parties are directed to file either

---

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

|  |  |
|---|---|
|  | **a stipulated motion setting the date, time, and place of the deposition or a motion requesting the Court to set the deposition.** |
| **ORDERED:** | **Joint Motion to Restrict Access to Docket Entry 307 [310] is DENIED, for reasons stated on record.** |
| **10:20 a.m.** | **Court in recess.** |

Hearing concluded.
Total time in Court: 00:21