IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

Plaintiff,

v.

ERIC HOLDER, The U.S. Attorney Gen.,
CHARLES E. SAMUELS, JR., Director of the Federal Bureau of Prisons,
HARRELL WATTS, Administr. Of National Inmate Appeals,
DAVID BERKEBILE, ADX Warden, and
FEDERAL BUREAU OF INVESTIGATION,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiff's Motion for Protective Order** [Doc. # 307, filed 10/30/2013]; and

(2) **Joint Motion to Restrict Access** [Doc. # 310, filed 10/30/2013].

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion for Protective Order [Doc. # 307] is DENIED;

(2) On or before November 22, 2013, the defendants shall file a motion to set a date certain for the reopened deposition of the plaintiff; and

(3) The Motion to Restrict Access [Doc. # 310] is DENIED, and Doc. # 307 shall be open to public inspection.

Dated November 15, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge