IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02697-MSK-BNB

KHALFAN KHAMIS MOHAMMED,

    Plaintiff,

v.

ERIC HOLDER, the U.S. Attorney General,
CHARLES E. SAMUELS, JR., Director of Federal Bureau of Prisons,
DAVID BERKEBILE, ADX Warden,
HARRELL WATTS, Administrator of National Inmate Appeals, and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION FOR ORDER SETTING THE SUPPLEMENTAL DEPOSITION OF PLAINTIFF

---

The Court, having reviewing the Unopposed Motion for Order Setting the Supplemental Deposition of Plaintiff, and sufficient cause appearing, hereby GRANTS the motion.

It is ORDERED that the reopened supplemental deposition of Plaintiff Khalfan Khamis Mohammed shall take place at the United States Penitentiary – Administrative Maximum on Friday, **January 10, 2014**, commencing at 8:30 a.m.

DATED this 3d day of December, 2013.

BY THE COURT:

_____
United States Magistrate Judge