IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom  

Date: May 5, 2014

Civil Action No. 07-cv-02697-MSK-BNB

| *Parties*: | *Counsel*: |
|---|---|
| KHALFAN KHAMIS MOHAMMED, | Paul Wolf |
| Plaintiff | |
| v. | |
| ERIC HOLDER, the U.S. Attorney General, | Susan Prose |
| CHARLES E. SAMUELS, JR., Director of Federal Bureau of Prisons, | Carlotta Wells |
| DAVID BERKEBILE, ADX Warden, | |
| HARRELL WATTS, Administrator of National Inmate Appeals, and | |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendants. | |

**COURTROOM MINUTES**

HEARING: Bench Trial - Day One

**8:39 a.m.     Court in session**

Plaintiff is present by video conference. Present for the defendants: Ted Schwartz and William Callaghan from the FBI and Kyle Finney from the Department of Justice.

Preliminary matters addressed by the Court.

The Court addresses plaintiff's Motion for Sanctions (**Doc. #343**)

Argument.

**ORDER:**     Plaintiff's Motion for Sanctions (**Doc. #343**) is **DENIED as moot.**

The Court addresses plaintiff's Second Motion in *Limine* (**Doc. #352**).

Argument.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Ruling is reserved at this time on plaintiff's Second Motion in *Limine* (**Doc. #352**).

The Court addresses Joint Motion to Exclude Expert Witness Testimony (**Doc. #359**).

No ruling will be made during the course of the trial on this motion.

The Court addresses Motion to Allow Trial Testimony (**Doc. #387**).

Argument.

Ruling is reserved as stated on the record.

The Court addresses defendant's Motion in Limine (**Doc. #367**).

Argument.

The Court takes this motion under advisement.

Opening statement by Mr. Wolf for the plaintiff.

Opening Statement by Ms. Prose for the defendants.

Oral motion by plaintiff for sequestration of witnesses.

Argument.

**ORDER:** Plaintiff's oral motion for sequestration of fact witnesses is GRANTED to the extent stated on the record.

**Witness sworn for the plaintiff :Khalfan Khamis Mohammed:**
**10:04 a.m.**     Direct Examination by Mr. Wolf.

**10:33 a.m.**     **Court in recess**
**10:55 a.m.**     **Court in session**

Continued direct examination of witness by Mr. Wolf.

**EXHIBITS:**  **Received:**
              **Refused:**           24

**11:46 a.m.**     **Court in recess**
**1:05 p.m.**      **Court in session**

The Court addresses evidentiary issues with counsel.

Continued direct examination of witness by Mr. Wolf.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**1:24 p.m.**      **Court in recess**
**1:30 p.m.**      **Court in session**

Continued direct examination of witness by Mr. Wolf.

**EXHIBITS:   Received:      17, 15, 16, 163**

**3:08 p.m.**      **Court in recess**
**3:32 p.m.**      **Court in session**

Continued direct examination of witness by Mr. Wolf.

**EXHIBITS:   Received:      11, 12, 13, 27**
              **Refused:       19, 20, 21, 22, 23**

The Court addresses evidentiary issues with counsel.  Witness Philip Swabsin will testify by video as set forth in the record.

**4:48 p.m.**      **Court in recess.**

**Total Time:   5 hours 58 minutes.**
**Trial continued.**