**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Honorable Marcia S. Krieger**

**Civil Action No. 07-cv-02697-MSK-BNB**

**KHALFAN KHAMIS MOHAMMED,**

    **Plaintiff,**

v.

**ERIC HOLDER, The U.S. Attorney,**
**HARLEY LAPPIN, Director of B.O.P.,**
**RON WILEY, ADX Warden, and**
**HARRELL WATTS, Administrator of National Inmate Appeals, and**
**FEDERAL BUREAU OF INVESTIGATION,**

    **Defendants.**

___

**JUDGMENT**
___

    **PURSUANT TO** the Court's June 17, 2014 Findings of Fact, Conclusions of Law, and Order, judgment is hereby entered in favor of the Plaintiff, Khalfan Khamis Mohammed, and against Defendants Eric Holder and Federal Bureau of Investigation, insofar as the Court **DECLARES** that these Defendants violated the APA, 5 U.S.C. § 702, in that: (i) the 2009 decision, continuing to date, to revoke Mr. Mohammed's permission to have oral communication with Nassor; (ii) the denial (if any) of his request to add 32 more persons to his list of permitted contacts was; and (iii) the denial of his request (of unspecified date) that he be permitted to have his outgoing mail, once cleared by the FBI, delivered to his attorney for distribution to recipients, were each arbitrary and capricious and unsupported by substantial evidence in the record. These decisions are **REMANDED** to the FBI for further consideration and resolution within the current

cycle of SAM's review in accordance with the terms of this Order. Such judgment includes the award of costs pursuant to Fed. R. Civ. P. 54(d)(1).

Judgment is further entered in favor of all other Defendants named in this case against Mr. Mohammed on all remaining claims, with costs pursuant to Fed. R. Civ. P. 54(d)(1).

Dated this 17th day of June, 2014.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge